## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| **Chesapeake Energy Corporation,** *et al.* | § | **Chapter 11** |
| Debtors[1] | § | |
| | § | **Case No. 20-33233 (S.D. Tex. Bankr.)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Carol Glock, Individually and on Behalf of** | § | |
| **All Others Similarly Situated** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adv. Proc. No. 20-03090-hdh** |
| | § | |
| **FTS International, Inc., Michael J. Doss,** | § | |
| **Lance Turner, Goh Yong Siang, Boon Sim,** | § | |
| **Domenic J. Dell'Osso, Jr., Bryan J.** | § | |
| **Lemmerman, Ong Tiong Sin, Carol J.** | § | |
| **Johnson, Maju Investments (Mauritius)** | § | |
| **Pte Ltd, Credit Suisse Securities (USA)** | § | |
| **LLC, and Morgan Stanley & Co. LLC** | § | |
| | § | |
| **Defendants.** | § | |

## <u>AMENDED NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that a hearing on *Defendants' Motion to Transfer Venue* (Dkt.

6) has been set for hearing on August 25, 2020 at 2:00 PM CST before Judge Harlin D. Hale via

Webex.  The Webex hearing link will be posted to Judge Hale's web page prior to the hearing and

may be accessed here: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-

---

[1]     The debtors in these chapter 11 cases are Chesapeake Energy Corporation and forty affiliated companies, including CHK Energy Holdings, Inc. ("Debtors").  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

hearing-dates.  Attached to this notice are Webex Information and Tips provided by the Court, which the parties are requested to review prior to the hearing.

Respectfully submitted,

By: */s/ John B. Lawrence*
    Jessica B. Pulliam
    Texas Bar. No. 24037309
    John B. Lawrence
    Texas Bar No. 24055825
    Jordan A. Kazlow
    Texas Bar No. 24101994
    Christopher C. Cyrus
    Fareed Kaisani
    Texas Bar No. 24104017
    Texas Bar No. 24097110
    Baker Botts L.L.P.
    2001 Ross Avenue, Suite 900
    Dallas, Texas 75201
    Tel.: (214) 953-6500
    Fax: (214) 953-6503
    jessica.pulliam@bakerbotts.com
    john.lawrence@bakerbotts.com
    jordan.kazlow@bakerbotts.com
    christopher.cyrus@bakerbotts.com
    fareed.kaisani@bakerbotts.com

*Attorneys for FTS International, Inc., Maju
Investments (Mauritius) Pte Ltd, Michael J.
Doss, Lance Turner, Goh Yong Siang, Boon
Sim, Ong Tiong Sin, and Carol J. Johnson*

By: */s/ M. Scott Barnard*
    M. Scott Barnard
    Texas Bar No. 24001690
    Michelle A. Reed
    Texas Bar No. 24041758
    Jessica J. Mannon
    Texas Bar No. 24106247
    Akin Gump Strauss Hauer & Feld LLP
    2300 North Field Street, Suite 1800
    Dallas, Texas 75201
    Tel.: (214) 969-2800
    Fax: (214) 969-4343
    sbarnard@akingump.com
    mreed@akingump.com
    jmannon@akingump.com

*Attorneys for Domenic J. Dell'Osso Jr.
and Bryan J. Lemmerman*

By: */s/ Jeffery M. Tillotson*
    Jeffrey M. Tillotson
    Texas Bar. No. 20039200
    Tillotson Law
    1807 Ross Avenue, Suite 325
    Dallas, Texas 75201
    Tel.: (214) 382-3041
    Fax: (214) 292-6564
    jtillotson@tillotsonlaw.com

    Jeff G. Hammel – *pro hac forthcoming*
    Blake T. Denton – *pro hac forthcoming*
    Latham & Watkins
    885 Third Avenue
    New York, New York 10022
    Tel.:(212) 906-1200
    Fax: (212) 751-4864
    jeff.hammel@lw.com
    blake.denton@lw.com

*Attorneys for Credit Suisse Securities (USA) LLC
and Morgan Stanley & Co. LLC*

## **CERTIFICATE OF SERVICE**

I certify that on August 20, 2020, a true and correct copy of the foregoing was served on all counsel of record.

*/s/ John B. Lawrence*
John B. Lawrence

# **ATTACHMENT**

## TIPS FOR A BETTER-QUALITY EXPERIENCE:

1.  You may connect to the videoconference by cell phone, tablet, laptop, or desktop computer. We have found that newer iPhones provide the best visual and audio feed—better than most desktop computers. <u>If you are on a personal computer,</u> **headphones or earbuds are required** <u>for those who need to speak during the hearing</u>. External speakers tend to result in distorted sound when that person's microphone is unmuted.

2.  Please observe proper videoconference etiquette—

    a. Identify yourself each time you speak and speak slowly and clearly. Remember we are trying to maintain a good record in addition to allowing the court and everyone to hear you and see you while you are speaking. Also, WebEx has active speaker identification that will determine who is speaking and display your screen to everyone after it picks up your voice, which could be a second or two after you start speaking.

    b. **Mute yourself when not speaking**. Be aware that court staff can also mute participants if needed, so make sure you are unmuted when you do need to speak.

    c. All witness and attorneys who will be conducting examination must use a separate camera and microphone so that they may be seen and heard by the Court and other conference attendees.

3.  When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a handset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).


## PARTICIPATING IN BANKRUPTCY COURT HEARINGS BY VIDEOCONFERENCE

During the COVID-19 Pandemic, the Northern District of Texas Bankruptcy Court is using videoconferencing more frequently for hearings. The determination to use videoconferencing for hearings will be made on a case-by-case basis by the presiding judge, based upon the needs of the case.

**HOW?** Currently, we are using the Cisco WebEx application for videoconferencing that can easily be accessed on a phone, tablet, laptop or PC. There is no fee/charge of any kind for the participants, although you will have to download WebEx to your computer or the WebEx App to your phone or tablet. The courtroom deputy will give you instructions on how to connect (for example, by giving you the link and Conference ID to use). You may also be asked to include this information in your notice of hearing.

**WHAT IF I WOULD RATHER JUST LISTEN IN AND NOT HAVE VIDEO?** You will still be able to participate through the WebEx telephone dial-in only option on a cell phone or land line in those hearings where the court decides to make videoconferencing available. You also have the ability to connect through the WebEx application and select "audio only" if you

just want to listen to the hearing and not participate by video, or you can "mute" your video presence at any time during the hearing.

**EXHIBITS AND SUCH:** Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules. Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, you will have the ability to share your screen, or a particular document, with everyone in the WebEx meeting. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

During the videoconference hearing, lawyers can refer to (and offer) their exhibits by referencing where they appear on the docket for the court and all to access. Later, after the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. For witnesses, you should consider emailing exhibits to them ahead of time since they may not have access to PACER—although, again, a document share-your-screen feature is available on WebEx.